PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| | | DOCKET NUMBER *(Tran. Court)* 99-CR-09-01-PB | |
| | | DOCKET NUMBER *(Rec. Court)* 1:07-CR-149-01 ML | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Vincent Mann, Providence, Rhode Island 02905 | DISTRICT: DISTRICT OF NEW HAMPSHIRE | DIVISION | |
| | NAME OF SENTENCING JUDGE: Honorable Paul J. Barbadoro | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 4/19/06 | TO 4/18/09 |

OFFENSE

Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. § 841(a)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Rhode Island upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

11-21-07
*Date*

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/27/07
*Effective Date*

Mary M. Lisi
*United States District Judge*