IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CR 98 035L

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. |
| | ) | In violation of 18 U.S.C. |
| | ) | § 2, and 21 U.S.C. |
| | ) | §§ 841(a)(1), 841(b)(1)(A), |
| v. | ) | |
| | ) | |
| VINCENT E. MANN | ) | |

INDICTMENT

Count I

The Grand Jury charges:

On or about February 16, 1998, in the District of Rhode Island, the defendant, VINCENT E. MANN, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL:

Foreman

SHELDON WHITEHOUSE
United States Attorney

STEPHANIE S. BROWNE
Assistant U.S. Attorney

CRAIG N. MOORE
First Assistant U.S. Attorney

UNITED STATES DISTRICT COURT DISTRICT OF NEW HAMPSHIRE
CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK
BY: DEPUTY CLERK