CLOSED

**U.S. District Court**
**District of New Hampshire (Concord)**
**CRIMINAL DOCKET FOR CASE #: 1:99-cr-00009-PB All Defendants**
**Internal Use Only**

Case title: USA v. Mann

Date Filed: 01/25/1999
Date Terminated: 07/30/1999

---

Assigned to: Judge Paul J. Barbadoro

**Defendant**

**Vincent E. Mann** (1)
*TERMINATED: 07/30/1999*

represented by **George J. West**
One Financial Plaza, Suite 1500
Providence, RI 02903
401 861-9042
*TERMINATED: 07/30/1999*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**John M. Cicilline**
387 Atwells Avenue
Providence, RI 02909
401 273-5600
Email: jmcicilline387@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

UNITED STATES DISTRICT COURT
CERTIFIED TO BE A TRUE COPY
JAMES R. STARR, CLERK
BY DEPUTY CLERK
DISTRICT OF NEW HAMPSHIRE

**Pending Counts**

21:841(a)(1)(b)(1)(A) Possess with intent to distribute a mixture and substance containing a detectable amount of cocaine
(1)

**Disposition**

Committed to Bureau of Prison for 70 months, recommending Intensive Confinement Center & placement close to family; 3 Years Supervised Release with condition of drug treatment; $100 Special Assessment due immediately; Fine waived; Remanded to cu stody of US Marshal--PROBATION REVOCATION JUDGMENT--defendant committed to the custody of BOP for 18 mos; self-surrender to the institution before 2:00PM on 11/6/03; Supervised Release 3 yrs; shall submit his person, residence, etc. to a search condu cted by USP

**Highest Offense Level (Opening)**

Felony

**Terminated Counts** | **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints** | **Disposition**

None

---

**Interested Party**

**US District Court - RI, Clerk**
*TERMINATED: 07/30/1999*

represented by **US District Court - RI, Clerk**
US District Court
District of Rhode Island
One Exchange Pl
119 Federal Building & Courthouse
Providence, RI 02903
401 528-5100
PRO SE

---

**Plaintiff**

**USA**

represented by **Stephanie S. Browne**
United States Attorney's Office
50 Kennedy Plaza
Providence, RI 02903
401-351-0945
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/25/1999 | 1 | INDICTMENT as to Vincent E. Mann (1) count(s) 1 Added AUSA Stephanie S. Browne. (mm) (Entered: 01/26/1999) |
| 01/25/1999 | | ADDED PARTY Clerk, USDC-RI (mm) (Entered: 02/04/1999) |
| 02/03/1999 | 2 | MOTION by Vincent E. Mann for Continuance of Trial for 60 days in Interests of Justice and discovery with assent. (mm) (Entered: 02/03/1999) |
| 02/04/1999 | 3 | ORDER as to Vincent E. Mann granting [2-1] motion for Continuance of Trial for 60 days in Interests of Justice and discovery Time Excluded from 2/23/99 to 4/20/99 as to Vincent E. Mann (1), set Jury Trial for 4/20/99 for Vincent E. Mann ( Signed by Chief Judge Paul J. Barbadoro ) (mm) (Entered: 02/05/1999) |
| 02/04/1999 | | Re Vincent Mann: FINAL PRETRIAL CONFERENCE set for 11:00 4/5/99 for Vincent E. Mann before Chief Judge Paul J. Barbadoro in chambers (mm) (Entered: 02/05/1999) |
| 03/01/1999 | 4 | MOTION by Vincent E. Mann to Suppress Evidence Objections to Motion due by 3/22/99 for USA (mm) (Entered: 03/01/1999) |

| | | |
|---|---|---|
| 03/03/1999 | 5 | MOTION by Vincent E. Mann to Suppress Evidence with memo. Objections to Motion due by 3/23/99 for USA (mm) (Entered: 03/03/1999) |
| 03/19/1999 | 6 | OBJECTION by USA as to Vincent E. Mann re: [5-1] motion to Suppress Evidence. [4-1] motion to Suppress Evidence with memo. (mm) (Entered: 03/19/1999) |
| 03/22/1999 | | MOTION HEARING re: [5-1] motion to Suppress Evidence set at 10:45 4/5/99 for Vincent E. Mann before Chief Judge Paul J. Barbadoro (mm) (Entered: 03/22/1999) |
| 04/05/1999 | | MOTION HEARING re: [5-1] motion to Suppress Evidence Motion hearing held, [4-1] motion to Suppress Evidence before Chief Judge Paul J. Barbadoro Court Reporter/Tape #: Sandy K. (mm) (Entered: 04/05/1999) |
| 04/05/1999 | 7 | Exhibit list by Vincent E. Mann re: supression hearing. (mm) (Entered: 04/05/1999) |
| 04/05/1999 | 8 | Exhibit list by USA as to Vincent E. Mann re: supression hearing. (mm) (Entered: 04/05/1999) |
| 04/07/1999 | 9 | Ex Parte MOTION by Vincent E. Mann for subpoena (mm) (Entered: 04/07/1999) |
| 04/07/1999 | | ENDORSED ORDER as to Vincent E. Mann granting [9-1] motion for subpoena as to Vincent E. Mann (1) ( Entered by Chief Judge Paul J. Barbadoro ) (mm) (Entered: 04/07/1999) |
| 04/15/1999 | 10 | MOTION by Vincent E. Mann for Continuance of Trial in Interests of Justice for 30 days with assent. (mm) (Entered: 04/15/1999) |
| 04/19/1999 | 11 | ORDER as to Vincent E. Mann granting [10-1] motion for Continuance of Trial in Interests of Justice for 30 days Time Excluded from 4/20/99 to 5/25/99 as to Vincent E. Mann (1), reset Jury Trial for 9:00 5/25/99 for Vincent E. Mann ( Signed by Chief Judge Paul J. Barbadoro ) (mm) (Entered: 04/20/1999) |
| 04/20/1999 | 12 | ORDER as to Vincent E. Mann denying [5-1] motion to Suppress Evidence as to Vincent E. Mann (1), denying [4-1] motion to Suppress Evidence as to Vincent E. Mann (1) ( Signed by Chief Judge Paul J. Barbadoro ) (mm) (Entered: 04/20/1999) |
| 05/03/1999 | 13 | MOTION by USA as to USA for excusal from court for period of 8/2/99 through 8/13/99 (mm) (Entered: 05/04/1999) |
| 05/05/1999 | | ENDORSED ORDER as to USA granting [13-1] motion for excusal from court for period of 8/2/99 through 8/13/99 ( Entered by Chief Judge Paul J. Barbadoro ) (mm) (Entered: 05/05/1999) |
| 05/11/1999 | | Re Vincent Mann: Change of plea hearing set for 11:00 5/25/99 for Vincent E. Mann before Chief Judge Paul J. Barbadoro. Plea hearing to take place in New Hampshire. (mm) (Entered: 05/11/1999) |
| 05/13/1999 | 14 | Plea Agreement as to Vincent E. Mann (mm) (Entered: 05/14/1999) |
| 05/25/1999 | | Re Vincent Mann: Change of plea hearing held ; Plea of Guilty by Vincent E. Mann (1) count(s) 1 ; Court accepts plea; held before Chief Judge Paul J. Barbadoro Court Reporter/Tape #: Diane W.; (mm) (Entered: 05/25/1999) |
| 05/25/1999 | | RE Vincent Mann: SENTENCING set for 2:30 9/1/99 for Vincent E. Mann , Vincent E. Mann (1) count(s) 1 before Chief Judge Paul J. Barbadoro (mm) (Entered: 05/25/1999) |
| 06/16/1999 | 15 | MOTION by Vincent E. Mann to change detention facility with assent. (mm) (Entered: 06/16/1999) |

| | | |
|---|---|---|
| 06/16/1999 | | **Remove trial set flag (mm) (Entered: 06/16/1999) |
| 06/17/1999 | | ENDORSED ORDER as to Vincent E. Mann granting [15-1] motion to change detention facility as to Vincent E. Mann (1) ( Entered by Chief Judge Paul J. Barbadoro ) (mm) (Entered: 06/18/1999) |
| 07/12/1999 | 16 | MOTION by Vincent E. Mann to accelerate sentencing Objections to Motion due by 8/2/99 for USA (mm) (Entered: 07/12/1999) |
| 07/14/1999 | 17 | MOTION by Vincent E. Mann to be excused from court appearance from 8/9/99 to 8/16/99 (mm) (Entered: 07/14/1999) |
| 07/21/1999 | 18 | RESPONSE by USA as to Vincent E. Mann re [16-1] motion to accelerate sentencing indicating assent. (mm) (Entered: 07/21/1999) |
| 07/21/1999 | | Terminated document(s) as to Vincent E. Mann : [17-1] motion to be excused from court appearance from 8/9/99 to 8/16/99 as to Vincent E. Mann (1) (mm) (Entered: 07/21/1999) |
| 07/22/1999 | | ENDORSED ORDER as to Vincent E. Mann granting [16-1] motion to accelerate sentencing as to Vincent E. Mann (1) ( Entered by Chief Judge Paul J. Barbadoro ) (mm) (Entered: 07/22/1999) |
| 07/22/1999 | | RE Vincent Mann: SENTENCING reset for 1:00 7/30/99 for Vincent E. Mann before Chief Judge Paul J. Barbadoro (mm) (Entered: 07/22/1999) |
| 07/23/1999 | 19 | MOTION by Vincent E. Mann for downward departure with memo (mm) (Entered: 07/23/1999) |
| 07/27/1999 | 20 | OBJECTION by USA as to Vincent E. Mann re: [19-1] motion for downward departure (mm) (Entered: 07/27/1999) |
| 07/30/1999 | | RE Vincent Mann: SENTENCING held Vincent E. Mann (1) count(s) 1 before Chief Judge Paul J. Barbadoro in Courtroom 4. Court Reporter/Tape #: Lynn Beck, No. Country (mm) (Entered: 08/02/1999) |
| 07/30/1999 | 21 | JUDGMENT Vincent E. Mann (1) count(s) 1. Committed to Bureau of Prison for 70 months, recommending Intensive Confinement Center & placement close to family; 3 Years Supervised Release with condition of drug treatment; $100 Special Assessment due immediately; Fine waived; Remanded to custody of US Marshal. ( Signed by Chief Judge Paul J. Barbadoro ) (mm) (Entered: 08/02/1999) |
| 07/30/1999 | | **Case closed as to Vincent E. Mann (all defendants). (mm) (Entered: 08/02/1999) |
| 07/30/1999 | | Termination of party Clerk, USDC-RI, party Vincent E. Mann pending deadlines and pending motions as to Vincent E. Mann (cm) (Entered: 09/03/1999) |
| 08/19/1999 | 22 | Judgment Returned Executed as to Vincent E. Mann on 8/12/99 to FMC Devens, MA (mm) (Entered: 08/19/1999) |
| 08/25/1999 | 23 | MOTION by Vincent E. Mann to Proceed in Forma Pauperis on appeal (mm) (Entered: 08/25/1999) |
| 08/30/1999 | 24 | NOTICE/Stipulation withdrawing document by Vincent E. Mann re: motion to proceed informa pauperis (mm) (Entered: 08/30/1999) |
| 08/30/1999 | | Terminated document(s) as to Vincent E. Mann : [23-1] motion to Proceed in Forma Pauperis on appeal as to Vincent E. Mann (1) (see document #24) (mm) (Entered: 08/30/1999) |

| | | |
|---|---|---|
| 09/10/1999 | 25 | ORDER as to Vincent E. Mann It appears from correspondence received by the court on 8/30/99 that the court may have been mislead when it sentenced the defendant....The clerk shall set the matter down for a hearing to determine whether the defendant's sentence should be vacated and whether any officials of the Bureau of Prisons should be held in contempt. Regional director Rardin as well as the official who made the alleged misrepresentations shall attend the hearing. ( Signed by Chief Judge Paul J. Barbadoro ) (mm) (Entered: 09/13/1999) |
| 09/13/1999 | | NOTICE of Hearing : re: the Intensive Confinement Program at 2:00 pm on October 4, 1999 before Chief Judge Paul J. Barbadoro for Vincent Mann. Vincent Mann (mm) (Entered: 09/13/1999) |
| 09/22/1999 | 26 | Memorandum to aid the court by plaintiff USA as to Vincent E. Mann (mm) (Entered: 09/22/1999) |
| 09/27/1999 | 27 | Ext-Parte MOTION by Vincent E. Mann (mm) (Entered: 09/27/1999) |
| 09/28/1999 | | Telephone Conference as to Vincent E. Mann set at 2:00 10/4/99 for Vincent E. Mann, for USA re: boot camp (mm) (Entered: 09/28/1999) |
| 09/28/1999 | 28 | Letters from Raphael Gomez (DOJ) and Carolyn Sabol (BOP) as to Vincent E. Mann re: boot camp (mm) (Entered: 09/28/1999) |
| 09/28/1999 | | ENDORSED ORDER as to Vincent E. Mann denying as moot [27-1] motion as to Vincent E. Mann (1) ( Entered by Chief Judge Paul J. Barbadoro ) (mm) (Entered: 09/28/1999) |
| 09/28/1999 | 29 | Memorandum of Law in connection with the hearing to determine whether defendant's sentence should be vacated and defendant resentenced by defendant Vincent E. Mann (mm) (Entered: 09/28/1999) |
| 09/29/1999 | 30 | TRANSCRIPT as to Vincent E. Mann for Sentencing held on 7/30/99 before Chief Judge Barbadoro; Court Reporter: Carolynn Beck (mm) (Entered: 09/29/1999) |
| 10/04/1999 | | Telephone Conference as to Vincent E. Mann held with Chief Judge Paul Barbadoro (mm) (Entered: 10/19/1999) |
| 10/25/1999 | 31 | TRANSCRIPT as to Vincent E. Mann for Suppression Hearing held on 4/5/99; Court Reporter: Sandy K. (mm) (Entered: 10/25/1999) |
| 10/17/2000 | | NOTICE of Ledger Entry: Special Assessment by Vincent E. Mann . Acct Status: Paid in Full. Original ledger retained by Financial Division. (mm) (Entered: 10/17/2000) |
| 02/27/2001 | 32 | MOTION by Vincent E. Mann to be returned to Fort Devens (mm) (Entered: 03/01/2001) |
| 02/28/2001 | | ENDORSED ORDER as to Vincent E. Mann denying [32-1] motion to be returned to Fort Devens as to Vincent E. Mann (1) ( Entered by Chief Judge Paul J. Barbadoro ) (mm) (Entered: 03/01/2001) |
| 03/11/2002 | | RE all: FILE located at National Archives and Records Administration (NARA) Waltham, MA. : Accession No:021- 02-0009, Location No: B409569, Box No: 7. (bc) (Entered: 03/11/2002) |
| 09/10/2003 | 33 | U.S. PROBATION REPORT re: SR Violation and recommending that release be: revoked; summons to issue as to Vincent E. Mann ; Recommendation approved by Chief Judge Paul J. Barbadoro on 9/10/03 (jar) (Entered: 09/12/2003) |
| 09/12/2003 | | RE Vincent Mann: File request to National Archives and Records Administration |

| | | |
|---|---|---|
| | | (NARA). (jar) (Entered: 09/12/2003) |
| 09/17/2003 | | Re Vincent Mann: PROBATION REVOCATION HEARING set for 2:00 10/23/03 before: Chief Judge Barbadoro location: Courtroom #4 (jar) (Entered: 09/17/2003) |
| 09/22/2003 | | RE Vincent Mann: FILE received from National Archives and Records Administration (NARA). (bc) (Entered: 09/22/2003) |
| 10/09/2003 | 34 | SUMMONS Returned Executed on 10/6/03 as to Vincent E. Mann . **Location LR (jar) (Entered: 10/10/2003) |
| 10/22/2003 | 35 | NOTICE of Appearance for Vincent E. Mann by Attorney John M. Cicilline (jar) (Entered: 10/22/2003) |
| 10/23/2003 | | VIOLATION of supervised release hearing held as to Vincent E. Mann before Chief Judge Paul J. Barbadoro Court Reporter/Tape#; C. Quimby (jar) (Entered: 10/27/2003) |
| 10/23/2003 | | Re Vincent Mann: PROBATION REVOCATION HEARING held before: Chief Judge Barbdoro location: Courtroom #4 Court Reporter/Tape #: C. Quimby (jar) (Entered: 10/27/2003) |
| 10/23/2003 | 36 | PROBATION REVOCATION JUDGMENT: Vincent E. Mann (1) count(s) 1.Committed to Bureau of Prison for 70 months, recommending Intensive Confinement Center & placement close to family; 3 Years Supervised Release with condition of treatment; $100 Special Assessment due immediately; Fine waived; Remanded to custody of US Marshal--PROBATION REVOCATION JUDGMENT--defendant committed to the custody of BOP for 18 mos; self-surrender to the institution before 2:00PM on 11/6/03; Supervised Release 3 yrs; shall submit his person, residence, etc. to a search conducted by USP ( Signed by Chief Judge Paul J. Barbadoro ) (jar) (Entered: 10/27/2003) |
| 10/29/2003 | | RE Vincent Mann: PERMANENT WITHDRAWAL of FILE from National Archives and Records Administration (NARA). (jeb) (Entered: 10/29/2003) |
| 10/29/2003 | 37 | MOTION by Vincent E. Mann to Extend Time to 12/2/03 to Self-Surrender served on 10/28/03 (jar) (Entered: 10/29/2003) |
| 10/30/2003 | 38 | OBJECTION by USA as to Vincent E. Mann re: [37-1] motion to Extend Time to 12/2/03 to Self-Surrender (jar) (Entered: 10/31/2003) |
| 10/31/2003 | | **ENDORSED ORDER denying [37] Motion to Extend Time to 12/2/2003 to Self-Surrender as to Vincent E. Mann (1). Signed by Judge Paul Barbadoro. (jar, )** (Entered: 11/04/2003) |
| 11/24/2003 | 39 | Judgment Returned Executed as to Vincent E. Mann on 11/16/03 at FCI Fort Dix. (mm, ) (Entered: 11/25/2003) |
| 03/13/2006 | | File located at National Archives and Records Administration (NARA), Waltham, MA. Transfer No. 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, Location No. A857140, Box No. 4 (jeb, ) (Entered: 03/13/2006) |
| 12/10/2007 | 40 | Probation Jurisdiction Transferred to Rhode Island as to Vincent E. Mann. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (jar) (Entered: 12/13/2007) |
| 01/08/2008 | 41 | Letter to Clerk's Office - USDC-RI from Deputy Clerk re: transferring ceritified copies of documents (jar) (Entered: 01/08/2008) |